U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 2 2 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. | 6:21-cr-00179-01 |
|---|---|---|---|
| VERSUS | * | | Judge Juneau |
| | * | | Magistrate Judge Whitehurst |
| JOSHUA MICHAEL DORE | * | | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**Counterfeiting Obligations or Securities of the United States**
**[18 U.S.C. § 471]**

On or about September 18, 2020, in the Western District of Louisiana, the defendant, JOSHUA MICHAEL DORE, with intent to defraud, did falsely make and counterfeit obligations of the United States, that is, a Federal Reserve Note, as further described below:

| QUANTITY | DENOMINATION | SERIAL NUMBER |
|---|---|---|
| 1 | $1 | F31792382N |
| 1 | $10 | PA01313195A |
| 1 | $20 | MH10938994C |
| 1 | $20 | PL39053467A |
| 1 | $20 | PK42589504A |
| 1 | $20 | PK41639477A |
| 1 | $20 | PK42600354A |
| 1 | $100 | DC38440278A |
| 1 | $100 | ML65960853D |

all in violation of Title 18, United States Code, Section 471. [18 U.S.C. § 471].

A TRUE BILL:

**REDACTED**
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____
CRAIG R. BORDELON, II, La. Bar No. 34450
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618